UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS BENJAMIN LOPEZ, § § *Plaintiff*, § § v. § § THE STATE OF TEXAS, et al., § § *Defendants*. § | No. 3:22-CV-2380-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 12]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DISMISSES WITHOUT PREJUDICE** Lopez's case under Rule 41(b).

**IT IS SO ORDERED** this 17th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1